```
                                                          FILED
                                                          JUL - 1 2005
                                                       RICHARD W. WIEKING
                                                     CLERK, U.S. DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GIBSON, | No. C 04-4423 MHP |
| Plaintiff(s), | **ORDER** |
| v. | **(Ninety-Day Conditional Dismissal)** |
| METROPOLITAN LIFE INSURANCE COMPANY LONG TERM DISABILITY, | |
| Defendant(s). | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: 7/1/05

MARILYN HALL PATEL
United States District Judge