```
                                                              FILED
                                                           SEP 1 4 2005
 1  SEYFARTH SHAW LLP
    Lawrence E. Butler (SBN 111043) lbutler@seyfarth.com
 2  560 Mission Street, Suite 3100                      RICHARD W. WIEKING
    San Francisco, California 94105                   CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
 3  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
 4
    Attorneys for Defendants
 5  METLIFE OPTIONS PLUS PROGRAM and
    METROPOLITAN LIFE INSURANCE COMPANY,
 6
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE GIBSON, | Case No. C 04 4423 MHP |
| Plaintiff, | STIPULATION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| METLIFE OPTIONS PLUS PROGRAM and METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to

///
///
///
///
///
///
///
///
///

1

Stipulation and Order of Dismissal; Case No. C 04 4423 MHP

e-filing

1  bear their own fees and costs.

2  DATED: 9/7/05 , 2005          STEVEN M. CHABRE

4                                 By _____
                                  Steven M. Chabre
5                                 ATTORNEYS FOR PLAINTIFF
                                  VALERIE GIBSON

6  DATED: 9/8/05 , 2005          SEYFARTH SHAW LLP
7

8                                 By _____
9                                 Lawrence E. Butler
                                  Attorneys for Defendants
10                                METLIFE OPTIONS PLUS
                                  PROGRAM AND METROPOLITAN
11                                LIFE INSURANCE COMPANY,

12

13 **IT IS SO ORDERED**

14      9/14/05
                                  _____
15                                MARILYN HALL PATEL
                                  UNITED STATES DISTRICT
16                                COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

SF1 28215508.1 / 19200-000197                2
Stipulation and Order of Dismissal; Case No. C 04 4423 MHP